SEALED FILED

SEP 27 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  ROGER YANG
   MATTHEW M. YELOVICH
3  KEVIN C. KHASIGIAN
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America
8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0198 MCE |
|---|---|
| Plaintiff, | 21 U.S.C. § 846, 841(a)(1) – Conspiracy to Manufacture Marijuana; 21 U.S.C. § 841(a)(1) – Manufacture of Marijuana (3 Counts); 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering (2 Counts); 18 U.S.C. § 1956(a)(2)(A) – Money Laundering (4 Counts); 21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1) – Criminal Forfeiture |
| v. | |
| DANIEL ZHU, | |
| Defendant. | |

## INDICTMENT

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Manufacture Marijuana]

The Grand Jury charges: T H A T

DANIEL ZHU,

defendant herein, between in or about June 2014, and continuing through in or about April 2018, in the Counties of Sacramento and Amador, State and Eastern District of California, did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jury to manufacture at least 100 marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT TWO: [21 U.S.C. § 841(a)(1) – Manufacture of Marijuana]

The Grand Jury further charges: T H A T

DANIEL ZHU,

INDICTMENT                          1

defendant herein, between in or about June 2014, and continuing through in or about April 2018, at 7627 Masters Street, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly and intentionally manufacture at least 100 marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: [21 U.S.C. § 841(a)(1) – Manufacture of Marijuana]

The Grand Jury further charges: T H A T

DANIEL ZHU,

defendant herein, between in or about July 2017, and continuing through in or about April 2018, at 16481 Fiddeltown Road, in the County of Amador, State and Eastern District of California, and elsewhere, did knowingly and intentionally manufacture at least 100 marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR: [21 U.S.C. § 841(a)(1) – Manufacture of Marijuana]

The Grand Jury further charges: T H A T

DANIEL ZHU,

defendant herein, between in or about November 2015, and continuing through in or about April 2018, at 19460 Fiddeltown Road, in the County of Amador, State and Eastern District of California, and elsewhere, did knowingly and intentionally manufacture at least 100 marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE: [18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering]

The Grand Jury further charges: T H A T

DANIEL ZHU,

defendant herein, as follows:

**I.     THE CONSPIRACY**

1.     From in or about May 2014 through in or about April 2018, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly combine, conspire, and agree with persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to transport, transmit, and transfer and attempt to transport, transmit, and transfer a monetary instrument and funds to a place in the United

INDICTMENT                                                           2

States from and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is, manufacture of marijuana in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (h).

## II.   MANNER AND MEANS

In order to accomplish the conspiracy to launder money, DANIEL ZHU and persons known and unknown to the Grand Jury, caused wire transfers from China to the United States with the intent to promote the carrying on of manufacture of marijuana by purchasing properties for use in manufacture of marijuana.

2. On or about May 28, 2014, DANIEL ZHU received a wire transfer of $48,989.00 from account number ending x3972 in Guangdong, China, through Deutsche Bank to DANIEL ZHU's East West Bank account number ending x0576. DANIEL ZHU used this wire transfer as part of his down payment to buy 7627 Masters Street, Elk Grove, California, for the purpose of converting the residence into an indoor marijuana grow site.

3. On or about May 29, 2014, DANIEL ZHU received a wire transfer of $47,989.00 from account number ending x9789 in Guangdong, China, through Deutsche Bank to DANIEL ZHU's East West Bank account number ending x0576. DANIEL ZHU used this wire transfer as part of his down payment to buy 7627 Masters Street, Elk Grove, California, for the purpose of converting the residence into an indoor marijuana grow site.

4. On or about June 2, 2014, DANIEL ZHU received a wire transfer of $12,989.00 from account number ending x1909 in Guangdong, China, through Deutsche Bank to DANIEL ZHU's East West Bank account number ending x0576. DANIEL ZHU used this wire transfer as part of his down payment to buy 7627 Masters Street, Elk Grove, California, for the purpose of converting the residence into an indoor marijuana grow site.

5. On or about June 12, 2014, DANIEL ZHU caused the wire transfer of approximately $106,718.06 from East West Bank account number ending x0576 into escrow to purchase 7627 Masters Street, Elk Grove, California, for the purpose of converting the residence into an indoor marijuana grow site.

All in violation of Title 18, United States Code, Section 1956(h).

1  COUNTS SIX THROUGH EIGHT: [18 U.S.C. § 1956(a)(2)(A) – Money Laundering]

2  The Grand Jury further charges: T H A T

3  DANIEL ZHU,

4  defendant herein, on or about the dates set forth below, in the County of Sacramento, State and Eastern
5  District of California, and elsewhere, did knowingly and intentionally transport, transmit, and transfer
6  monetary instruments and funds, and aid and abet others to transport, transmit, and transfer monetary
7  instruments and funds, to a place in the United States from and through a place outside the United States
8  with the intent to promote the carrying on of specified unlawful activity, that is, manufacture of
9  marijuana in violation of Title 21, United States Code, Section 841(a)(1), as follows:

| Count | Approx. Date | Amount | From Account Ending | To Account Ending |
|---|---|---|---|---|
| 6 | May 28, 2014 | $48,989.00 | x3972 in Guangdong, China, through Deutsche Bank | x0576 at East West Bank in United States |
| 7 | May 29, 2014 | $47,989.00 | x9789 in Guangdong, China, through Deutsche Bank | x0576 at East West Bank in United States |
| 8 | June 2, 2014 | $12,989.00 | x1909 in Guangdong, China, through Deutsche Bank | x0576 at East West Bank in United States |

all in violation of Title 18, United States Code, Sections 2 and 1956(a)(2)(A).

COUNT NINE: [18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering]

The Grand Jury further charges: T H A T

DANIEL ZHU,

defendant herein, as follows:

**I.     THE CONSPIRACY**

1. From in or about September 2015 through in or about April 2018, in the Counties of

Sacramento and Amador, State and Eastern District of California, and elsewhere, did knowingly combine, conspire, and agree with persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to transport, transmit, and transfer and attempt to transport, transmit, and transfer a monetary instrument and funds to a place in the United States from and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is, manufacture of marijuana in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (h).

## II. MANNER AND MEANS

In order to accomplish the conspiracy to launder money, DANIEL ZHU and persons known and unknown to the Grand Jury caused wire transfers from China to the United States with the intent to promote the carrying on of manufacture of marijuana by purchasing properties for use in manufacture of marijuana.

2. On or about October 13, 2015, DANIEL ZHU received a wire transfer of $49,989.00 from account number ending x7422 in Guangdong, China, through Deutsche Bank to DANIEL ZHU's East West Bank account number ending x0576. DANIEL ZHU used this wire transfer as part of his down payment to buy 19460 Fiddletown Road, Fiddletown, California, for the purpose of converting the residence into an indoor marijuana grow site.

3. On or about October 13, 2015, DANIEL ZHU received an intra-bank transfer of $40,000.00 from East West Bank account number ending x4329, which was funded in part by a wire transfer from account number ending x1245 in Guangdong, China, through Deutsche Bank on or about October 9, 2015. DANIEL ZHU used this intra-bank transfer and wire proceeds as part of his down payment to buy 19460 Fiddletown Road, Fiddletown, California, for the purpose of converting the residence into an indoor marijuana grow site.

4. On or about October 15, 2015, DANIEL ZHU caused the wire transfer of approximately $132,485.49 from East West Bank account number ending x0576 into escrow to purchase 19460 Fiddletown Road, Fiddletown, California, for the purpose of converting the residence into an indoor marijuana grow site.

1  All in violation of Title 18, United States Code, Section 1956(h).

2  COUNT TEN: [18 U.S.C. § 1956(a)(2)(A) – Money Laundering]

3  The Grand Jury further charges: T H A T

4  DANIEL ZHU,

5  defendant herein, on or about October 13, 2015, in the Counties of Sacramento and Amador, State and
6  Eastern District of California, and elsewhere, did knowingly and intentionally transport, transmit, and
7  transfer monetary instruments and funds, and aid and abet others to transport, transmit, and transfer
8  monetary instruments and funds, that is, a wire in the amount of $49,989.00, to a place in the United
9  States, that is East West Bank account ending x0576, from and through a place outside the United
10 States, that is, account ending x7422 in Guangdong, China, through Deutsche Bank, with the intent to
11 promote the carrying on of specified unlawful activity, that is, manufacture of marijuana in violation of
12 Title 21, United States Code, Section 841(a)(1), in violation of Title 18, United States Code, Sections
13 1956(a)(2)(A) and 2.

14 FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1) – Criminal Forfeiture]

15     1.    Upon conviction of one or more of the offenses alleged in Counts One through Four of
16 this Indictment, defendant DANIEL ZHU shall forfeit to the United States pursuant to Title 21, United
17 States Code, Section 853(a), the following property:

18     a.    All right, title and interest in any and all property involved in violations of Title
19 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendant
20 is convicted, and all property traceable to such property, including the following: all real or personal
21 property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of
22 such offenses; and all property used in any manner or part to commit or to facilitate the commission of
23 these violations.

24     b.    A sum of money equal to the total amount of proceeds obtained as a result the
25 offenses, or conspiracy to commit such offenses, for which defendant is convicted.

26     2.    Upon conviction of one or more of the offenses alleged in Counts Five through Ten and
27 of this Indictment, defendant DANIEL ZHU shall forfeit to the United States, pursuant to Title 18,
28 United States Code, Section 982(a)(1), all property, real or personal, involved in such violations, and

1  any property traceable to such property, including but not limited to the following:
2      a.    A sum of money equal to the amount of money involved in the offenses, for
3  which defendant is convicted.
4      3.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One
5  through Ten of this Indictment, for which defendant is convicted:
6      a.    cannot be located upon the exercise of due diligence;
7      b.    has been transferred or sold to, or deposited with, a third party;
8      c.    has been placed beyond the jurisdiction of the Court;
9      d.    has been substantially diminished in value; or
10     e.    has been commingled with other property which cannot be divided without
11     difficulty;
12 it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18,
13 United States Code, Section 982(b)(1), to seek forfeiture of any other property of defendant, up to the
14 value of the property subject to forfeiture.

15                           A TRUE BILL.

16                           /s/ Signature on file w/AUSA

17
18                           FOREPERSON
19 MCGREGOR W. SCOTT
20 United States Attorney

INDICTMENT           7

No. _____

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

### THE UNITED STATES OF AMERICA
vs.

### DANIEL ZHU

---

### I N D I C T M E N T

**VIOLATION(S):** 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Manufacture Marijuana;
21 U.S.C. § 841(a)(1) - Manufacture of Marijuana (3 Counts);
18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering (2 Counts);
18 U.S.C. § 1956(a)(2)(A) - Money Laundering (4 Counts);
18 U.S.C. § 982(a)(1) - Criminal Forfeiture

---

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ , *A.D.* 20 _____

_____
*Clerk.*

*Bail, $* _____

*[signature]* notice to appear

---

GPO 863 525

## United States v. DANIEL ZHU
### Penalties for Indictment

**Defendants**
**DANIEL ZHU**

**COUNT 1:**      **DANIEL ZHU**

VIOLATION:      21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Manufacture At Least 100 Plants of Marijuana

PENALTIES:      Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**      **DANIEL ZHU**

VIOLATION:      21 U.S.C. § 841(a)(1) – Manufacture of At Least 100 Plants of Marijuana

PENALTIES:      Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**      **DANIEL ZHU**

VIOLATION:      21 U.S.C. § 841(a)(1) – Manufacture of At Least 100 Plants of Marijuana

PENALTIES:      Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:**      **DANIEL ZHU**

VIOLATION:      21 U.S.C. § 841(a)(1) – Manufacture of At Least 100 Plants of Marijuana

PENALTIES:   Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5:**   DANIEL ZHU

VIOLATION:   18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering

PENALTIES:   Up to 20 years in prison; or
Fine of up to $500,000 or twice the value of the monetary instrument or funds involved, whichever is greater; or both fine and imprisonment
Supervised release of 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 6–8:**   DANIEL ZHU

VIOLATION:   18 U.S.C. § 1956(a)(2)(A) – Money Laundering

PENALTIES:   Up to 20 years in prison; or
Fine of up to $500,000 or twice the value of the monetary instrument or funds involved, whichever is greater; or both fine and imprisonment
Supervised release of 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 9:**   DANIEL ZHU

VIOLATION:   18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering

PENALTIES:   Up to 20 years in prison; or
Fine of up to $500,000 or twice the value of the monetary instrument or funds involved, whichever is greater; or both fine and imprisonment
Supervised release of 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 10:**   DANIEL ZHU

VIOLATION:   18 U.S.C. § 1956(a)(2)(A) – Money Laundering

PENALTIES:        Up to 20 years in prison; or
                  Fine of up to $500,000 or twice the value of the monetary instrument or
                  funds involved, whichever is greater; or both fine and imprisonment
                  Supervised release of 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:   DANIEL ZHU**

VIOLATION:        21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1) – Criminal Forfeiture

PENALTIES:        As stated in the charging document