1  McGREGOR W. SCOTT
   United States Attorney
2  ROGER YANG
   MATTHEW M. YELOVICH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,            CASE NO.  2:18-CR-0198 MCE
12
                        Plaintiff,      STIPULATION REGARDING EXCLUDABLE
13                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
                  v.                     ORDER
14
   DANIEL ZHU,                          DATE: December 13, 2018
15                                      TIME: 10:00 a.m.
                        Defendant.      COURT: Hon. Morrison C. England, Jr.
16

17                            STIPULATION

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on December 13, 2018.

21          2.      By this stipulation, defendant now moves to continue the status conference until February

22  14, 2019, and to exclude time between December 13, 2018, and February 14, 2019, under Local Code

23  T4.

24          3.      The parties agree and stipulate, and request that the Court find the following:

25          a)      The government has represented that the discovery associated with this case

26  includes approximately 8,291 pages produced to date, consisting of audiovisual material,

27  investigative reports, and bank and business records.  All of this discovery has been either

28  produced directly to counsel and/or made available for inspection and copying.

1       b)      Counsel for defendant desires additional time to review the charges, consult with

2   his client, review this discovery with his client, and otherwise to prepare for trial.

3       c)      Counsel for defendant believes that failure to grant the above-requested

4   continuance would deny him/her the reasonable time necessary for effective preparation, taking

5   into account the exercise of due diligence.

6       d)      The government does not object to the continuance.

7       e)      Based on the above-stated findings, the ends of justice served by continuing the

8   case as requested outweigh the interest of the public and the defendant in a trial within the

9   original date prescribed by the Speedy Trial Act.

10      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of December 13, 2018 to February

12  14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local

13  Code T4] because it results from a continuance granted by the Court at defendant's request on

14  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

15  best interest of the public and the defendant in a speedy trial.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4          IT IS SO STIPULATED.

5

6    Dated:  December 3, 2018                    McGREGOR W. SCOTT
                                                United States Attorney

7

8                                               /s/ MATTHEW M. YELOVICH
                                                ROGER YANG
                                                MATTHEW M. YELOVICH
9                                               Assistant United States Attorneys

10

11   Dated:  December 3, 2018                    /s/ David Fischer
                                                David Fischer
12                                              Counsel for Defendant
                                                Daniel Zhu
13

14                                  **ORDER**

15          IT IS SO ORDERED.

16   Dated:  December 29, 2018

17

18   _____
                                                MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28