1  MCGREGOR W. SCOTT
   United States Attorney
2  ROGER YANG
   MATTHEW M. YELOVICH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 2:18-CR-0198 MCE

12                  Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                          ORDER

14  DANIEL ZHU,                         DATE: April 11, 2019
                                        TIME: 10:00 a.m.
15                  Defendant.          COURT: Hon. Morrison C. England, Jr.

16

17                          **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on April 11, 2019.

21          2.      By this stipulation, defendant now moves to continue the status conference until June 6,

22  2019, and to exclude time between April 11, 2019, and June 6, 2019, under Local Code T4.

23          3.      The parties agree and stipulate, and request that the Court find the following:

24          a)      The discovery associated with this case includes thousands of pages of

25  investigative reports, bank and business records, real estate records, and audiovisual material.

26  All of this discovery has been either produced directly to counsel and/or made available for

27  inspection and copying.  Additional discovery is anticipated in the coming weeks.  Moreover, the

28  United States filed a notice of related cases in this matter.  If this case is ordered related to the

others mentioned in that filing, the United States will be producing voluminous additional discovery from those cases to defense counsel in this case.

b)      Counsel for defendant desires additional time to review the charges, consult with his client, review this discovery with his client, and otherwise to prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 11, 2019 to June 6, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4    IT IS SO STIPULATED.

5

6
7    Dated:  April 8, 2019                                    McGREGOR W. SCOTT
                                                              United States Attorney
8
9                                                            /s/ MATTHEW M. YELOVICH
                                                             ROGER YANG
10                                                           MATTHEW M. YELOVICH
                                                             Assistant United States Attorneys
11
12    Dated:  April 8, 2019                                   /s/ David Fischer
13                                                            David Fischer
                                                              Counsel for Defendant
14                                                            Daniel Zhu

15                              **ORDER**

16    IT IS SO ORDERED.

17    Dated:  April 9, 2019

18

19                                                            MORRISON C. ENGLAND, JR
                                                              UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28