UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIAN TAN, et al.,<br><br>    Defendants. | No. 2:18-cr-00134-MCE |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL ZHU,<br><br>    Defendant. | No. 2:18-cr-00198-MCE |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HEIDI PHONG, et al.,<br><br>    Defendants. | No. 2:18-cr-00258-JAM<br><br>**RELATED CASE ORDER** |

| | |
|---|---|
| 1 | The Court received the Notice of Related Case filed on April 6, 2019. |
| 2 | Examination of the above-entitled criminal actions reveals that these actions are related |
| 3 | within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same |
| 4 | defendant and are based on the same or similar claims, the same property transaction or |
| 5 | event, similar questions of fact and the same questions of law and would therefore entail |
| 6 | a substantial duplication of labor if heard by different judges. Accordingly, the |
| 7 | assignment of the matters to the same judge is likely to effect a substantial savings of |
| 8 | judicial effort and is also likely to be convenient for the parties. |
| 9 | The parties should be aware that relating the cases under Local Rule 123 merely |
| 10 | has the result that both actions are assigned to the same judge; no consolidation of the |
| 11 | action is effected. Under the regular practice of this court, related cases are generally |
| 12 | assigned to the district judge and magistrate judge to whom the first filed action was |
| 13 | assigned. |
| 14 | IT IS THEREFORE ORDERED that the action denominated 2:18-cr-00258-JAM is |
| 15 | reassigned to District Judge Morrison C. England, Jr. for all further proceedings, and any |
| 16 | dates currently set in this reassigned case only are hereby VACATED. The caption on |
| 17 | documents filed in the reassigned case shall be shown as 2:18-cr-00258-MCE. |
| 18 | IT IS FURTHER ORDERED that the Clerk of the Court make appropriate |
| 19 | adjustment in the assignment of criminal cases to compensate for this reassignment. |
| 20 | IT IS SO ORDERED. |
| 21 | Dated: April 15, 2019 |

_MORRISON C. ENGLAND, JR_
UNITED STATES DISTRICT JUDGE