DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail:  david.fischer@fischerlawoffice.com

Attorney for Defendant
DANIEL ZHU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>DANIEL ZHU,<br><br>          Defendant. | No. 2:18-CR-00198 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:  April 11, 2023<br>Time:  9:00 a.m..<br>Court:  Hon. John A. Mendez |

STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 11, 2023.

By this stipulation, defendant now moves to continue the status conference until **May 16, 2023, at 09:00 a.m**., and to exclude time between April 11, 2023, and May 16, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

1

a) The discovery associated with this case initially included thousands of pages of investigative reports, bank and business records, real estate records, and audiovisual material. All of this discovery had been either produced directly to counsel and/or made available for inspection and copying. On April 16, 2019, the Court ordered this case related with Case Nos. 2:18-cr-134 and 2:18-cr-258. As a result, the government produced all of the discovery from those related cases to counsel in this case. That discovery includes approximately 2,924,548 pages of email records, investigative reports, and other items obtained during the investigation.

b) Counsel for defendant requires additional time to review the charges, consult with his client, review this discovery with his client, and otherwise to prepare for trial. The defendant resides out of state, which complicates meeting with him.  Defense counsel also had a jury trial that commenced on March 7, 2023, before Judge Shubb, and he has another set before Judge Mueller that is set to commence on April 25, 2023. Although that case appears to be resolving, it is still pending and some trial preparation is necessary in case it does not resolve.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  A continuance is needed for continuity of defense counsel.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from April 11, 2023 to May 16, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by

taking such action outweigh the best interest of the public and the defendant in a speedy trial.

        4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

Dated: April 4, 2023                PHILLIP A. TALBERT
                                      United States Attorney

                                      /s/Roger Yang
                                      ROGER YANG
                                      Assistant United States Attorney

Dated: April 4, 2023                /s/ David Fischer
                                      David Fischer Counsel for
                                      Defendant Daniel Zhu

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 05, 2023            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE