DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
DANIEL ZHU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DANIEL ZHU,<br><br>　　　　Defendant. | No. 2:18-cr-00198-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:　June 27, 2023<br>Time:　9:00 a.m..<br>Court:　Hon. John A. Mendez |

STIPULATION

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1. By previous order, this matter was set for status on May 16, 2023.

　　　　By this stipulation, defendant now moves to continue the status conference until **June 27, 2023**, **at 09:00 a.m**., and to exclude time between May 16, 2023, and June 27, 2023, under Local Code T4.

　　　　3. The parties agree and stipulate, and request that the Court find the following:

1

a) Defense counsel recently concluded a trial in March, continued to prepare for a trial for April 2023 that resolved just before trial, and expects to be assigned out for trial in Butte County Superior Court on May 22, 2023. The parties have been in discussions and are close to reaching a plea agreement. Mr. Zhu lives on the East Coast, and needs a Cantonese interpreter. By June 27, 2023, the parties expect that Mr. Zhu can appear personally in court.

b) The discovery associated with this case initially included thousands of pages of investigative reports, bank and business records, real estate records, and audiovisual material. All of this discovery had been either produced directly to counsel and/or made available for inspection and copying. On April 16, 2019, the Court ordered this case related with Case Nos. 2:18-cr-134 and 2:18-cr-258. As a result, the government produced all of the discovery from those related cases to counsel in this case. That discovery includes approximately 2,924,548 pages of email records, investigative reports, and other items obtained during the investigation.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. A continuance is needed for continuity of defense counsel.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from May 16, 2023, to June 27, 2023 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by

taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 10, 2023              PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/Roger Yang
                                 ROGER YANG
                                 Assistant United States Attorney


Dated: May 10, 2023              /s/ David Fischer
                                 David Fischer Counsel for
                                 Defendant Daniel Zhu


**FINDINGS AND ORDER**

**IT IS SO FOUND AND ORDERED**.

Dated: May 10, 2023              /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE