AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** California

USA

Plaintiff (s),

V.

DANIEL ZHU

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-CR-0198 JAM

Notice is hereby given that, subject to approval by the court, __Daniel Zhu__ substitutes
(Party (s) Name)

__Daniel Olsen__, State Bar No. __261645__ as counsel of record in place
(Name of New Attorney)

place of __David D. Fischer__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Abrate & Olsen Law Group |
| Address: | 655 University Ave Ste 230, Sacramento, CA 95825 |
| Telephone: | 916-550-2688   Facsimile |
| E-Mail (Optional): | dan@abrateandolsen.com |

I consent to the above substitution.

Date: 8/22/2023

DocuSigned by: Daniel Zhu
461C616F55364E6...
(Signature of Party (s))

I consent to being substituted.

Date:

David D. Fischer
/s/ David D. Fischer
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4-23-23

Daniel Olsen
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]