```
DANIEL L. OLSEN, #261645
Abrate and Olsen Law Group
655 University Ave, Suite 230
Sacramento, California  95825
Telephone:  (916) 550-2688
Attorney for Daniel Zhu
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DANIEL ZHU,<br><br>   Defendant. | Case No.: 2:18-cr-00198-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: August 24, 2023<br>TIME: 9:30 p.m.<br>COURT: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES**

1. The case was set for a status conference on August 29, 2023.

2. By this stipulation, defendant now moves to continue the status conference until **November 14, 2023, at 09:00 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes numerous pages of documents. All of this discovery has either been produced directly to the defense and/or made available for inspection or copying.

    b. The defense has just substituted into this case and needs time to review this case as well as the three (3) related cases.

    c. The defense needs additional time to interviewing witnesses and prepare a defense.

    d. The defense also needs to discuss the discovery and relevant materials with the defendant.

    e. The government does not object to the continuance.

    f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C sec. 3161, et seq., within which trial must commence, the time period of August 29, 2023 to November 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. sec. 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Courts finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: August 24, 2023                            By:    /s/ Daniel L. Olsen
                                                                                       DANIEL L. OLSEN
                                                                                      Attorney for Daniel Zhu

DATED: August 24, 2023                                                        Phillip Talbert
                                                                                      United States Attorney

1

By:   /s/ Roger Yang
Roger Yang
Assistant United States Attorney

2

**IT IS SO ORDERED.**

3

4

Dated: August 24, 2023

/s/ John A. Mendez

5

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28