**UNITED STATES OF AMERICA**

          Plaintiff,

v.

**DANIEL ZHU ,**

          Defendant.

CASE NO. **2:18–CR–00198–JAM**

SCHEDULE FOR DISCLOSURE OF PRE–
SENTENCE REPORT AND FOR FILING OF
OBJECTIONS TO THE PRE–SENTENCE
REPORT

    The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **12/05/2023** |
| Judgment and sentencing date: | **03/26/2024** |
| Reply or statement of non–opposition: | **03/19/2024** |
| Motion for correction of the Pre–Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **03/12/2024** |
| The Pre–Sentence Report shall be filed with the court and disclosed to counsel no later than: | **03/05/2024** |
| Counsel's written objections to the Pre–Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **02/27/2024** |
| The Proposed Pre–Sentence Report shall be disclosed to counsel no later than: | **02/13/2024** |
| Copies of this schedule given this date in court to: | AUSA – Defense Counsel – USPO |

    Dated:   December 5, 2023

By: /s/ M. York

COURTROOM CLERK