UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

---

# INTEROFFICE MEMORANDUM

---

**TO:**  Pete Buzo, Courtroom Deputy Clerk
of the Honorable John A. Mendez

**FROM:**  Janice R. Slusarenko
United States Probation Officer

**DATE:**  March 11, 2024

**SUBJECT:**  **Daniel Zhu**
**Docket Number:  0972 2:18CR00198-001**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

The above matter is scheduled for judgment and sentencing on March 26, 2024.  All parties have agreed to a continuance of judgment and sentencing based on:

- ☐  The complexity of this case.
- ☒  Other – The probation officer was out on unexpected medical leave for approximately one month in January and February 2024.  Therefore, additional time is needed for the completion of the PSR.  The presentence interview ~~has~~ was ~~been~~ completed on December 5, 2023.

The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | June 25, 2024 |
| Reply, or Statement of Non-Opposition: | June 18, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 11, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 04, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 28, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | May 14, 2024 |

**Reviewed by:** _/s/ Lynda Moore_

**Lynda M. Moore**
**Supervising United States Probation Officer**

cc:  Roger Yang, Assistant United States Attorney
Daniel Olsen, Defense Counsel